### EASTERN MORTGAGE & SECURITIES CORPORATION et al., Plaintiffs in Error, v. M. SANDERS et ux., Defendants in Error.
### No. 8429.

Court of Civil Appeals of Texas. Austin.

March 17, 1937.

Rehearing Denied June 23, 1937.

Raymond E. Buck, Victor McCrea, and Mack & Mack, all of Fort Worth, for plaintiffs in error.

### T. J. SMITH, alias Buddy Junkins, alias Ed De Grade, v. STATE.
### No. 19159.

Court of Criminal Appeals of Texas.

June 23, 1937.

F. A. Craven, of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

O. C. Fisher and Glenn R. Lewis, both of San Angelo, for defendants in error.

McCLENDON, Chief Justice.

This case is companion to No. 8428, Baltimore Trust Company et al. v. M. Sanders et ux., 105 S.W.(2d) 710, this day decided. In every particular essential to the judgment rendered, the loan transaction here was the same as in No. 8428, and calls for like holdings.

The trial court's judgment is affirmed.

Affirmed.